In the Matter of ANDREW GETREU, Appellant, v SAMANTHA BOSSERT, Respondent. [919 NYS2d 342]—

One who seeks a change in visitation is not automatically entitled to a hearing but must make a sufficient evidentiary showing of a material change of circumstances to warrant a hearing (*see Matter of Collazo v Collazo*, 78 AD3d 1177 [2010]; *Matter of Reilly v Reilly*, 64 AD3d 660 [2009]; *Matter of Rodriguez v Hangartner*, 59 AD3d 630, 630-631 [2009]; *Matter of Perez v Sepulveda*, 51 AD3d 673 [2008]; *Matter of Walberg v Rudden*, 14 AD3d 572 [2005]). Contrary to the father's contention, the Family Court properly denied, without a hearing, his motion to modify the "final modified order of parenting time" (*see Matter of Collazo v Collazo*, 78 AD3d 1177 [2010]; *Matter of Reilly v Reilly*, 64 AD3d at 660; *Matter of Rodriguez v Hangartner*, 59 AD3d at 630-631; *Matter of Perez v Sepulveda*, 51 AD3d at 673; *Matter of Walberg v Rudden*, 14 AD3d at 572). Mastro, J.P., Chambers, Lott and Cohen, JJ., concur.